## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INVESTIGATIVE CONCEPTS, INC., a corporation,<br><br>       Plaintiff,<br><br>v.<br><br>FIRST MERCURY INSURANCE COMPANY, a foreign insurance corporation, and EL DORADO INSURANCE AGENCY, INC., a foreign corporation.<br><br>       Defendants. | Case No: 5:18-cv-311SLP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Investigative Concepts, Inc., ("Plaintiff"), by and through their counsel of record, Mark A. Engel of Mansell Engel & Cole, and Defendant, First Mercury Insurance Company, by and through its counsel of record, Mark Hamilton of Kennedys CMK, and El Dorado Insurance Agency, Inc., by and through its counsel of record, Shawna Landeros of Holden Litigation, hereby stipulate to a dismissal with prejudice of all of Plaintiff's claims and causes of action against the Defendant, First Mercury Insurance Company, ONLY, in the above-styled and numbered case, each party to bear their own attorneys' fees and costs. This dismissal does not include any claims against the remaining Defendant, El Dorado Insurance Agency, Inc.

**MANSELL ENGEL & COLE**

By:    s/Mark A. Engel
        Steven S. Mansell, OBA #10584
        Mark A. Engel, OBA #10796
        Kenneth G. Cole, OBA #11792
        M. Adam Engel, OBA #32384
        204 North Robinson Avenue – 21st Floor
        Oklahoma City, OK   73102-7001
        T: (405) 232-4100 ** F: (405) 232-4140
        Firm Email:  mec@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

s/Mark F. Hamilton*
Mark F. Hamilton
Kristin V. Gallagher
Rebecca A. Du Boff
**KENNEDYS CMK**
120 Mountain View Boulevard
P.O. Box 650
Basking Ridge, NJ  07920
T: (908) 848-6300
Email:  Mark.hamilton@kennedyscmk.com
        Kristin.gallagher@kennedyscmk.com
        Rebecca.DuBoff@kennedyscmk.com

AND

Gerald P. Green, OBA #03563
John C. Lennon, OBA #30149
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN**
1109 North Francis Avenue
Oklahoma City, OK  73106
T: (405) 235-1611 ** F: (405) 235-2904
Email:  jgreen@piercecouch.com
        jlennon@piercecouch.com

**ATTORNEYS FOR DEFENDANT – FIRST MERCURY INSURANCE COMPANY**

2

s/Shawna L. Landeros*
Drew A. Lagow, OBA #22618
Shawna L. Landeros, OBA #31637
**HOLDEN & MONTEJANO**
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
Email: DrewLagow@HoldenLitigation.com
        ShawnaLanderos@HoldenLitigation.com

**ATTORNEYS FOR DEFENDANT – EL DORADO INSURANCE AGENCY, INC.**

*Signed by Filing Attorney with permission of Attorney