# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| INVESTIGATIVE CONCEPTS, INC., a Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-00311-SLP |
| EL DORADO INSURANCE AGENCY, INC., a Foreign Corporation | ) ) ) ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Parties hereto, Plaintiff, Investigative Concepts, Inc. and Defendant, El Dorado Insurance Agency, Inc, and hereby notify the Court and stipulate that all claims herein have been resolved by settlement. The Parties further jointly stipulate that all claims in the above-styled and numbered action be dismissed with prejudice. The Parties shall bear their own costs and attorney fees.

Respectfully submitted,

**MANSELL, ENGEL & COLE**

*s/ Mark A. Engel*
Steven S. Mansell, OBA # 10584
Mark A. Engel, OBA # 10796
Kenneth G. Cole, OBA # 32384
M. Adam Engel, OBA #32384
204 N. Robinson Avenue – 21st Floor
Oklahoma City, OK 73102-7001

(405) 232-4100; (405) 232-4140 fax
mec@meclaw.net
*Attorneys for Plaintiff*

**AND**

**HOLDEN LITIGATION,** *Holden P.C.*

*/s/ Shawna L. Landeros\**
Shawna L. Landeros, OBA #31637
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
ShawnaLanderos@HoldenLitigation.com
*Attorneys for Defendant El Dorado Insurance Agency, Inc.*

**\***Signed by Filing Attorney with permission of Attorney

-3-

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2019 July 22, 2019Monday, July 22, 2019I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Shawna L. Landeros        shawnalanderos@holdenlitigation.com

> *s/ Mark A. Engel*
> Mark A. Engel